```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA        :
                                       ORDER
        - v. -                  :
                                       23 Cr. 303 (VM)
WILSON BASTON,                  :

                Defendant.      :
- - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/24

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on January 31, 2024;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         March 15, 2024

_____
THE HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE