```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/24
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

       - against -

WILSON BASTON,

                  Defendant.

23-cr-0303 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

    Sentencing proceedings in this matter are hereby scheduled for June 7, 2024, at 11:00 a.m.

**SO ORDERED.**

Dated:    March 15, 2024
             New York, New York

                                                 _____
                                                    Victor Marrero
                                                       U.S.D.J.