# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 6, 2024

**By ECF**
Hon. Victor Marrero
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/06/24
```

Re: **United States v. Wilson Baston**
**23-Cr-303 (VM)**

Dear Judge Marrero:

Mr. Baston's sentencing is currently scheduled for September 6, 2024. Last week, the Court reached out to inquire about rescheduling the sentencing to a later date and offered several available adjournment dates.

I have conferred with the government regarding our respective schedules. The defense is requesting the Court reschedule the sentencing for either October 11 or October 18. The government has no objection.

Sincerely,

Michael Arthus
Assistant Federal Defender
212-417-8760

cc. (by ECF): AUSAs Alexander Rossmiller and Nicholas Folly

```
Request GRANTED. The sentencing proceeding referenced
herein is adjourned to October 18, 2024, at 1:00 pm.

SO ORDERED.
Dated: 08/06/24
                                        Victor Marrero
                                        U.S.D.J.
```